## (November 10, 1944.)

PARFUMS RONNI, INC., Appellant, v. MURRAY MORIN, Doing Business under the Name of RANDY COMPANY, Respondent.— Judgment affirmed, with costs. No

opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and grant judgment in plaintiff's favor on the ground that the total effect of the trade name, colors, type, design, similarity in marketing, etc., plus defendant's deliberate intent establishes the charge of unfair competition.